AO 440 (Rev. 05/00) Summons in a Civil Action                              65100/1070LIT-4681

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al.,

         Plaintiffs,

V.

DOUGLAS PLUMBING, INC., an Illinois corporation,

         Defendant.

CASE NUMBER: 08CV2455

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Douglas Plumbing, Inc.
c/o Douglas Lavezzi, registered agent
206 Somerset Court
New Lenox, Illinois 60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Douglas A. Lindsay
    John W. Loseman
    Lisa M. Simioni
    Brian T. Bedinghaus
    Lewis Overbeck & Furman, LLP
    20 N. Clark St., Suite 3200
    Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_/s/_
(By) DEPUTY CLERK

April 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | May 12'th, 2008 |
| NAME OF SERVER (PRINT)  Philip P. Ducar | TITLE  Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Personally handed the Summons and the Complaint to Mr. Douglas Lavezzi, R/A for the defendant, Douglas Plumbing, Inc. Service was effected at 206 Somerset Court, in New Lenox, Ill., at the hour of 6:05 p.m., on May 12'th, 2008.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>May 12'th, 2008</u>     *Philip P. Ducar*
              Date                      *Signature of Server*

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.