06-3-08BTB137588                                                                   65100-1070LIT-4681

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| JAMES T. SULLIVAN, etc., et al., | ) | |
|---|---|---|
| | ) | |
| Plaintiffs, | ) | No.  08 C 2455 |
| | ) | |
| | ) | Judge  John W. Darrah |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| DOUGLAS PLUMBING, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Fed. R. Civ. P. 55, move the Court to enter Judgment in favor of Plaintiffs and against Defendant, DOUGLAS PLUMBING, INC., in the amount of $90,704.79.  In support hereof, Plaintiffs state:

1. Plaintiffs filed this action on April 29, 2008, seeking a judgment against Defendant confirming and enforcing an arbitration award under ERISA, 29 U.S.C. §§1132 and 1145, and LMRA, 29 U.S.C. §185.

2. On May 12, 2008, Defendant was served with process.  A true and correct copy of the Return of Service is attached hereto as Exhibit A.

3. Defendant was required to appear and answer on or before June 2, 2008.

4. Defendant has not filed an appearance or answer, and is in default.

5. An arbitration award was entered on October 23, 2007, against Defendant in the computed amount of $61,580.78.  A true and correct copy of Award is attached hereto as Exhibit B.

1

6. Pursuant to Award and 29 U.S.C. §1132, Plaintiffs' damages are calculated as follows:

| | |
|---|---|
| $61,580.78 - | Award; |
| $4,278.82 - | Additional interest at $611.26/month for period 11/26/07 through date of presentment of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(B); |
| $21,849.17 - | Double interest consisting of $17,570.35 stated in Award plus $4,278.82 stated above, pursuant to 29 U.S.C. §1132(g)(2)(C); |
| $2,826.02 - | Plaintiffs' attorneys' fees and costs through date of preparation of this motion, pursuant to Award and 29 U.S.C. §1132(g)(2)(D) (See Affidavit of Douglas A. Lindsay attached hereto as Exhibit C); |
| $90,534.79 | |

7. Plaintiff's attorney, Brian T. Bedinghaus, will render an additional 1 hour of legal services, at a rate of $170.00 per hour, for presentation of this motion.

8. Attached hereto as Exhibit D is a draft Order.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., request the Court to enter Judgment in favor of Plaintiffs and against Defendant, DOUGLAS PLUMBING, INC., in the amount of $90,704.79.

> JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS
>
> By:   s/ Brian T. Bedinghaus
>        Brian T. Bedinghaus
>        20 N. Clark Street
>        Suite 3200
>        Chicago, IL 60602-5093
>        312-580-1269

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312-580-1200

PROOF OF SERVICE

I served a copy of the foregoing MOTION FOR ENTRY OF JUDGMENT upon:

Douglas Plumbing, Inc.
c/o Douglas Lavezzi, registered agent
206 Somerset Court
New Lenox, IL 60451

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on June _9_, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June _9_, 2008

_____
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

# EXHIBIT A

AO 440 (Rev. 05/00) Summons in a Civil Action    65100/1070LIT-4681

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al.,

    Plaintiffs,

V.

DOUGLAS PLUMBING, INC., an Illinois corporation,

    Defendant.

CASE NUMBER: 08CV2455

ASSIGNED JUDGE: JUDGE DARRAH

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Douglas Plumbing, Inc.
c/o Douglas Lavezzi, registered agent
206 Somerset Court
New Lenox, Illinois 60451

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_
(By) DEPUTY CLERK

April 30, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| | |
|---|---|
| **RETURN OF SERVICE** | |
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE May 12'th, 2008 |
| NAME OF SERVER *(PRINT)* Philip P. Ducar | TITLE Special Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: <u>Personally handed the Summons and the Complaint to Mr. Douglas Lavezzi, R/A for the defendant, Douglas Plumbing, Inc. Service was effected at 206 Somerset Court, in New Lenox, Ill., at the hour of 6:05 p.m., on May 12'th, 2008.</u>

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on <u>May 12'th, 2008</u>  *Signature:* Philip P. Ducar
      Date           *Signature of Server*

Post Office Box # 911
Tinley Park, Ill. 60477

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

BEFORE THE JOINT ARBITRATION BOARD
OF THE
PLUMBING CONTRACTORS' ASSOCIATION
OF CHICAGO AND COOK COUNTY
AND
CHICAGO JOURNEYMEN PLUMBERS'
LOCAL UNION 130, U.A.


IN THE MATTER OF:
Mr. Douglas Lavezzi
Douglas Plumbing, Inc.
206 Somerset Court
New Lenox, Illinois 60451

## DECISION AND AWARD

After receipt of a notice of dispute concerning violation of the Collective Bargaining Agreement by <u>Douglas Plumbing, Inc.</u>, (hereinafter "Employer") and after notice to all parties on <u>September 25, 2007</u>, all parties were permitted to appear and present any and all evidence relevant to the charges at a hearing before the Joint Arbitration Board, as a result of which the Joint Arbitration Board finds:

1. The Employer has violated the contribution and deduction sections of the applicable Collective Bargaining Agreements with the Union by failing to make payments for unreported hours worked by licensed journeymen or apprentice plumbers for the period from <u>N/A</u> through <u>N/A</u> to each of the following entities in the amounts indicated:

| | |
|---|---|
| Plumbers' Pension Fund, Local Union 130, U.A. | $  - 0 - |
| Plumbers' Welfare Fund, Local Union 130, U.A. | $  - 0 - |
| Trust Fund for Apprentice and Journeymen Education and Training, Local Union 130, U.A. | $  - 0 - |
| The Plumbing Council of Chicagoland | $  - 0 - |

|  |  |
|---|---|
| Local Union 130, U.A. Savings Plan | $ - 0 - |
| Local Union 130, U.A. Working Dues | $ - 0 - |
| Legal Fund (Group Legal Service Plan Fund) | $ - 0 - |
| Total Contributions Due | $ - 0 - |

2. Pursuant to the Collective Bargaining Agreements, liquidated damages of 8% of the amounts stated in Paragraph 1 are due and are hereby assessed, payable to Local 130 Contribution Account.

3. Pursuant to the Collective Bargaining Agreements, interest on the amounts stated in Paragraph 1 is due and is hereby assessed, payable to Local 130 Contribution Account.

4. The Employer has violated the applicable Collective Bargaining Agreements by permitting subcontractors not party to Collective Bargaining Agreement or persons having an ownership interest in Employer or employees other than licensed journeymen or apprentice plumbers to perform work within the jurisdiction of the Union for the period from <u>October 01, 2003</u> through <u>December 31, 2006</u> and shall pay a fine to each of the following entities in the amounts indicated:

|  |  |
|---|---|
| Plumbers' Pension Fund, Local Union 130, U.A. | $ 12,569.60 |
| Plumbers' Welfare Fund, Local Union 130, U.A. | $ 22,490.20 |
| Trust Fund for Apprentice and Journeymen Education and Training, Local Union 130, U.A. | $ 2,452.20 |
| The Plumbing Council of Chicagoland | $ 1,547.80 |
| Legal Fund (Group Legal Service Plan Fund) | $ 1,690.60 |
| Total Fines Due | $ 40,750.40 |

5. An additional fine of 8% of the amounts stated in Paragraph 4 is due and is hereby assessed, payable to Local 130 Contribution Account.

6. As an additional penalty interest on the amounts stated in Paragraph 4 is assessed at the rate set forth in the Collective Bargaining Agreement for late contribution payments and is hereby due, payable to Local 130 Contribution Account.

The Employer is hereby directed and ordered to take the following remedial action:

I. Pay to Local 130 Contribution Account the sum of $ 61,580.78 consisting of:

    A. The contributions due to the entities named in Paragraph 1.

    B. The fines assessed in Paragraph 4.

    C. The amount of $ 3,260.03, which is the total of the amounts assessed in Paragraphs 2 & 5.

    D. The amount of $ 17,570.35, which is the total of the amounts assessed in Paragraphs 3 & 6 (interest calculated through October 15, 2007, which interest continues to accrue at the rate of $611.26 per month after November 25, 2007, until full payment of all amounts due pursuant to this Decision and Award.

II. Cease and desist from violating the Collective Bargaining Agreement in any like or similar manner.

It is further ORDERED that if the Employer does not pay the amounts found due within 30 days after the date this Decision and Award is signed, the Employer shall pay and reimburse the Funds, the Union, and the employee all costs, fees, and expenses incurred by any of them in enforcing this DECISION AND AWARD, including, but not limited to, audit fees, attorneys' fees, and court costs.

JOINT ARBITRATION BOARD

By: *[signature]*
Kevin C. Sherlock
Secretary

Signed at Chicago, Illinois, this 23rd day of October 2007

# EXHIBIT C

06-3-08BTB137590                                                                 65100-1070LIT-4681

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 2455 |
| | ) | |
| | ) | Judge   John W. Darrah |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| DOUGLAS PLUMBING, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT CONCERNING ATTORNEYS' FEES AND COSTS**

DOUGLAS A. LINDSAY states that if he were called to testify in the captioned case he would testify as follows:

1. I am an adult and competent.

2. The information contained in this Affidavit is based on my personal knowledge, the business records of LEWIS, OVERBECK & FURMAN, LLP (Firm), and review of public records.

3. During the course of this litigation, Douglas A. Lindsay, a partner in Firm, rendered 0.3 hours of legal services to Plaintiffs at a rate of $275.00 per hour, and 2.6 hours of legal services to Plaintiffs at a rate of $300.00 per hour, for a total of $862.50.

4. During the course of this litigation, Brian T. Bedinghaus, an associate in Firm, rendered 6.2 hours of legal services to Plaintiffs, at a rate of $170.00 per hour, for a total of $1,054.00

5. During the course of this litigation, Robert C. Parizek, a paralegal in the Firm, rendered 3.8 hours of legal services to Plaintiffs, at a rate of $85.00 per hour, for a total of $323.00.

6. The legal professionals' fees incurred by Plaintiffs in this matter total $2,239.50.

7. Plaintiffs have also incurred $350.00 in court filing fees, $60.00 for service of process fees, $60.00 for computerized docketing charges, $19.80 in postage charges, and $96.72 in photocopy

charges for total costs of $586.52.

8. The total amount due Plaintiffs for legal fees and costs is $2,826.02.

9. Attached hereto as Attachment C-1 are true and correct copies of itemized time records and expense records made and kept in the ordinary course of Firm's business.

10. Douglas A. Lindsay has over thirty-one years of ERISA and LMRA litigation experience. Mr. Lindsay has been admitted to practice by the following courts: Illinois Supreme Court (1976); United States District Court for the Northern District of Illinois (General Bar, 1976; Trial Bar, 1982); United States District Court for the Eastern District of Wisconsin (1985); United States District Court for the Northern District of Indiana (1990); United States District Court for the Central District of Illinois (1994); United States Court of Appeals for the 7th Circuit (1982); the United States Supreme Court (1999).

11. Brian T. Bedinghaus has been admitted to practice by the following courts: Illinois Supreme Court (2005); United States District Court for the Northern District of Illinois (2007); United States District Court for the Northern District of Indiana (2008).

12. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the forgoing is true and correct.

_____
DOUGLAS A. LINDSAY

Executed this 9th day of June, 2008.

# EXHIBIT C-1

**Lewis, Overbeck & Furman, LLP**
**Time And Expense Details**

Report ID:   OT2025 - 23325  Printed By   SKOU
Monday, June 09, 2008   Date [11/22/2007 - 06/30/2008]   Page   1

| Client | Client Reporting Name | Matter | Matter Reporting Name | Billing Timekeeper |
|---|---|---|---|---|
| 65100 | Plumbers 130 Litigation | 01070 | 4681 Douglas Plumbing | Lindsay, Douglas A. |

**Unbilled Time**

| Date | Timekeeper | Hours Worked | Hours To Bill | Rate | Amount | Task | Activity | Narrative |
|---|---|---|---|---|---|---|---|---|
| 4/14/2008 | DAL | 0.50 | 0.50 | 300.00 | $150.00 | | | Review file; telephone conference Funds' Field Representative; memo to file; arrange preparation and distribution of pre-suit payment request letter to Contractor |
| 4/14/2008 | RCP | 1.10 | 1.10 | 85.00 | $93.50 | | | Worked on payment request letter |
| 4/25/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | Review file; telephone conference with Funds' Field Representative; memo to file; corporate research; conference with Brian T. Bedinghaus regarding draft lawsuit papers |
| 4/25/2008 | BTB | 0.90 | 0.90 | 170.00 | $153.00 | | | Conference with Douglas A. Lindsay re case assignment; reviewed file; conference with Lisa M. Simioni; preparation of complaint |
| 4/28/2008 | BTB | 1.10 | 1.10 | 170.00 | $187.00 | | | Preparation of complaint and lawsuit initiating documents |
| 4/29/2008 | DAL | 1.00 | 1.00 | 300.00 | $300.00 | | | Review and revise draft lawsuit papers and conference with Brian T. Bedinghaus regarding finalizing; e-file lawsuit papers; conference with Brian T. Bedinghaus regarding service of process |
| 4/29/2008 | BTB | 0.70 | 0.70 | 170.00 | $119.00 | | | Edited initiating documents; conference with Douglas A. Lindsay; email correspondence with Douglas A. Lindsay |
| 5/1/2008 | DAL | 0.40 | 0.40 | 300.00 | $120.00 | | | Email from court clerk; email to all concerned; statutory notice letters to Secretary of Labor and Secretary of Treasury; e-notices from court |
| 5/1/2008 | BTB | 0.50 | 0.50 | 170.00 | $85.00 | | | E-notices from District Court; arranged for service of process and delievery of courtesy copy to judge; reviewed judge's rules |
| 5/1/2008 | RCP | 1.10 | 1.10 | 85.00 | $93.50 | | | Worked on letters to the Secretary of Treasury and Labor |
| 5/6/2008 | RCP | 1.40 | 1.40 | 85.00 | $119.00 | | | Worked on service of process; organized file; paid vendor invoice |
| 5/8/2008 | BTB | 0.80 | 0.80 | 170.00 | $136.00 | | | Related entity and asset research |
| 5/12/2008 | DAL | 0.30 | 0.30 | 300.00 | $90.00 | | | E-notices from court; review file; diary hearing |
| 5/12/2008 | BTB | 0.10 | 0.10 | 170.00 | $17.00 | | | E-notice from District Court; diaried court date |
| 5/16/2008 | RCP | 0.20 | 0.20 | 85.00 | $17.00 | | | Paid vendor invoice |
| 5/16/2008 | BTB | 0.20 | 0.20 | 170.00 | $34.00 | | | E-notice from District Court; reviewed file; updated monthly status report |
| 5/16/2008 | DAL | 0.10 | 0.10 | 300.00 | $30.00 | | | E-notice from court |
| 6/3/2008 | BTB | 1.40 | 1.40 | 170.00 | $238.00 | | | Reviewed file for status; prepared motion for entry of judgment and exhibits; obtained fee statement |
| 6/5/2008 | BTB | 0.50 | 0.50 | 170.00 | $85.00 | | | Reviewed file and fee statement; edited motion |

**Unbilled Time**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Totals | | 12.60 | 12.60 | | $2,157.00 | | | |

**Unbilled Expenses**

| Date | Amount | Exp Code | Narrative |
|---|---|---|---|
| 4/30/2008 | $60.00 | DOCK | DM 2000, Computerized Docket and Case Watch Protection Service |
| 5/16/2008 | $60.00 | MISC | Constable Services - Service of Process |
| 5/30/2008 | $350.00 | MISC | Northern District of Illinois - US District Court - Filing Court Docs |
| 5/31/2008 | $19.80 | POST | Postage Charges |

# Lewis, Overbeck & Furman, LLP
## Time And Expense Details

Report ID:   OT2025 - 23325

Monday, June 09, 2008

Date [11/22/2007 - 06/30/2008]

Printed By   SKOU
Page           2

| Unbilled Expenses | | | |
|---|---|---|---|
| Date | Amount | Exp Code | Narrative |
| 5/31/2008 | $96.72 | COPY | Photocopy Charges |

| Unbilled Expenses | |
|---|---|
| Totals | $586.52 |

| Billed Time | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Timekeeper | Hours Worked | Hours On Bill | Rate | Amount | Task | Activity | Narrative |
| 11/26/2007 | DAL | 0.10 | 0.10 | 275.00 | $27.50 | | | Telephone conference with Funds' Field Representative; memo to file |
| 12/4/2007 | DAL | 0.20 | 0.20 | 275.00 | $55.00 | | | Receive and review documents from JAB re delivery of Award to Contractor; review and organize file; diary follow up date |

| Billed Time | | | | |
|---|---|---|---|---|
| Totals | | 0.30 | 0.30 | $82.50 |

| | Hours Worked | Hours To Bill | Fee Amount | Expense Amount | Total Amount |
|---|---|---|---|---|---|
| Report Totals | 12.90 | 12.90 | $2,239.50 | $586.52 | $2,826.02 |

*** End Of Report ***

# EXHIBIT D

06-3-08BTB137591                                                                                      65100-1070LIT-4681

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND; and THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation,<br><br>                Plaintiffs,<br>   v.<br><br>DOUGLAS PLUMBING, INC.,<br>an Illinois corporation,<br><br>                Defendant. | No.   08 C 2455<br><br>Judge   John W. Darrah<br><br>Magistrate Judge Susan E. Cox |

## JUDGMENT IN A CIVIL CASE

THIS CAUSE coming before the Court for hearing on Plaintiffs' Motion For Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, James T. Sullivan, etc., et al., and against Defendant, DOUGLAS PLUMBING, INC., in the amount of $90,704.79; and

IT IS HEREBY ORDERED that this judgment is final, and there is no just reason to delay enforcement or appeal.

Date:_____          ENTER:

                                                                        _____
                                                                         John W. Darrah
                                                                         United States District Court Judge