06-3-08BTB137589                                                           65100-1070LIT-4681

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 2455 |
| | ) | |
| | ) | Judge   John W. Darrah |
| v. | ) | |
| | ) | Magistrate Judge Susan E. Cox |
| DOUGLAS PLUMBING, INC., | ) | |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   Douglas Plumbing, Inc.
      c/o Douglas Lavezzi, registered agent
      206 Somerset Court
      New Lenox, IL 60451

PLEASE TAKE NOTICE that on Wednesday, June 18, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah, or any judge sitting in his place and stead, in Courtroom No. 1203 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Entry of Judgment, a copy of which is herewith served upon you.

JAMES T. SULLIVAN, etc., et al., by their attorneys,
DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

By:   s/ Brian T. Bedinghaus
      Brian T. Bedinghaus
      20 N. Clark Street
      Suite 3200
      Chicago, IL  60602-5093
      312.580.1269

Of Counsel:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

PROOF OF SERVICE

I served a copy of the foregoing NOTICE OF MOTION upon:

Douglas Plumbing, Inc.
c/o Douglas Lavezzi, registered agent
206 Somerset Court
New Lenox, IL 60451

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on June 9, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2008

*Christine Usyak*
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200

2