Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2455 | DATE | 6/18/2008 |
| CASE TITLE | James T. Sullivan vs. Douglas Plumbing | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for entry o judgment [11] is granted. Enter Judgment Order In a Civil Case.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|