06-3-08BTB137591                                                     65100-1070LIT-4681

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND; and THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation,<br><br>          Plaintiffs,<br>v.<br><br>DOUGLAS PLUMBING, INC., an Illinois corporation,<br><br>          Defendant. | No.  08 C 2455<br><br>Judge John W. Darrah<br><br>Magistrate Judge Susan E. Cox |

### JUDGMENT IN A CIVIL CASE

THIS CAUSE coming before the Court for hearing on Plaintiffs' Motion For Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, James T. Sullivan, etc., et al., and against Defendant, DOUGLAS PLUMBING, INC., in the amount of $90,704.79; and

IT IS HEREBY ORDERED that this judgment is final, and there is no just reason to delay enforcement or appeal.

Date: June 18, 2008         ENTER: _____
                                   John W. Darrah
                                   United States District Court Judge