## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv2455  Assigned/Issued By: j. n.

Judge Name: _____  Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____  Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____  Receipt #: _____

Date Payment Rec'd: _____  Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons  ☐ Alias Summons
☐ Third Party Summons  ☐ Lis Pendens
☐ Non Wage Garnishment Summons  ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons  _____
☑ Citation to Discover Assets  *(Victim, Against and $ Amount)*
☐ Writ _____  ☐ Other
  *(Type of Writ)*  _____
   *(Type of issuance)*

<u>1</u> Original and <u>1</u> copies on <u>7-3-08</u> as to <u>douglas plumbing, inc. (no notice</u>
  (Date)
<u>filed)</u>
_____