Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2455 | **DATE** | 7/9/2008 |
| **CASE TITLE** | James T. Sullivan vs. Douglas Plumbing, Inc. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum of Judgment.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

U.S. DISTRICT COURT
CLERK
2008 JUL 10 AM 4:50
FILED-EDI