

06/23/08 RCP124046                      65100-1070LIT-4681

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee for the PLUMBERS' PENSION FUND LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND; and THE PLUMBING COUNCIL OF CHICAGO LAND, an Illinois not-for-profit corporation,<br>          Plaintiff,<br><br>v.<br><br>DOUGLAS PLUMBING, INC.,<br>an Illinois corporation<br><br>          Defendants. | No. 08 C 2455<br><br><br><br><br><br><br><br><br>Judge John W. Darrah<br><br>Magistrate Judge Susan E. Cox |

## MEMORANDUM OF JUDGMENT

On June 18, 2008, Judgment was entered in favor of Plaintiff, JAMES T. SULLIVAN, not individually but as Trustee for the PLUMBERS' PENSION FUND LOCAL 130, U.A., et al., and against Defendant, DOUGLAS PLUMBING, INC., whose last known address is 206 Somerset Court, New Lenox, Illinois 60451, in the amount of $90,704.79.

Date: 7-9-08

ENTER:
Hon. John W. Darrah
United States District Court

Attorney: Brian T. Bedinghaus
Name: Lewis, Overbeck & Furman, LLP
Attorneys for: Plaintiff
Address: 20 North Clark Street, Suite 3200
City: Chicago, IL 60602
Telephone: (312) 580-1200