IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, etc., et al., )
                                 )
    Plaintiffs/Judgment Creditors,)   AFFIDAVIT OF SERVICE
Vs:                              )
                                 )   COURT CASE # 08 C 2455
DOUGLAS PLUMBING, INC.,          )
                                 )
    Defendant/Judgment Debtor,   )
and                              )
                                 )
DOUGLAS PLUMBING, INC.,          )
                                 )
    Citation-Respondent.         )
                                 )

I hereby certify, under penalty of perjury, that on the 8'th day of July, 2008, I received this Citation To Discover Assets, and then served it herein as follows:

On Douglas Plumbing, Inc., c/o Mr. Douglas Lavezzi, President, by personally handing a copy of this Citation To Discover Assets to the said Mr. Douglas Lavezzi.

This service was effected at the address of 206 Somerset Court, in New Lenox, Illinois.

This service was effected on the 12'th day of July, 2008, at the hour of 2:10 p.m.

That the sex, race, approximate age and physical description of the person with whom this Citation To Discover Assets was handed to is described as follows: Male, Caucasian, approximately 60 to 65 years of age, 5'-11", 220 lbs., brown and gray colored hair, clean shaven.

*Philip P. Ducar*

Philip P. Ducar
Special Process Server

Dated: July 14'th, 2008

Signed and sworn to, before me, a Notary Public, on this 14'th day of July, 2008.

_____
(NOTARY PUBLIC)

"OFFICIAL SEAL"
Frank J. Ryan
Notary Public, State of Illinois
My Commission Expires 12/07/09